Filing # 11103125 Electronically Filed 03/07/2014 04:05:17 PM

3:14-cv-483-J-34JRK

IN THE CIRCUIT COURT, FOURTH
JUDICIAL CIRCUIT, IN AND FOR
DUVAL COUNTY, FLORIDA

CASE NO.

A. FAYE KINNEY
                Plaintiff

vs.

LOANCARE, LLC,
                Defendant.

_____/

## COMPLAINT AND JURY TRIAL DEMAND

**COMES NOW**, Plaintiff, **A. Faye Kinney** ("Plaintiff") by and through the undersigned counsel, sues Defendant, **Loancare, LLC** ("Defendant" or "Loancare"), and alleges:

### PARTIES, JURISDICTION, & VENUE

1. This is an action for damages of over $15,000.00, exclusive of interest, costs, and attorney's fees, and for injunctive and declaratory relief.

2. Plaintiff is a resident of Duval, Florida and owns a home in Duval, Florida, which is her primary residence. The actions and occurrences—and the effects of which—that give rise to the causes of action herein occurred in Duval County, Florida.

3. Defendant is a foreign limited liability company, and at all times material, customarily provided financial services to individuals and consumers residing in Florida, including Plaintiff, was registered to conduct business in Florida, and maintained agents for the transaction of its customary business in Florida.

4. Based on the foregoing venue is proper in the above-captioned Court and jurisdiction.

5. This Court has jurisdiction over the causes of action alleged herein as a superior court possessing plenary and general jurisdiction.

Kinney vs. Loancare
Duval County Case No.
Complaint

Page 1 of 4

## FACTUAL ALLEGATIONS

6. On October 29, 2009, Plaintiff executed and delivered a promissory note and mortgage securing the note in favor of Lend America, which mortgage was recorded in the Public Records of Duval County, Florida ("Subject Loan" attached as "Exhibit A").

7. At all material times, Defendant was the servicer for the Subject Loan.

8. At all material times, the Subject Loan called for Plaintiff to pay $632.98 monthly, which consists of principal, interest, and escrow.

9. Absent any late payment or default, the Subject Loan does not require Plaintiff to pay any amount above $632.98.

10. Beginning with Plaintiff's monthly mortgage statement dated January 17, 2014 ("January Statement"), Defendant intentionally requested that Plaintiff pay $13,096.90 in un-owed and improper "Total Fees and Charges."

11. Plaintiff's monthly mortgage statement dated February 4, 2014 ("February Statement"), Defendant intentionally requested that Plaintiff pay $13,096.90 in un-owed and improper "Total Fees and Charges."

12. Plaintiff's January Statement and February Statement are collectively referred to herein as "Monthly Mortgage Statements" and attached as "Exhibit B."

13. Plaintiff has not done anything to incur these un-owed and improper fees.

## CAUSES OF ACTION

### COUNT I: VIOLATIONS OF THE FLORIDA CONSUMER COLLECTION PRACTICES ACT—§§ 559.55-.785, FLA. STAT ("FCCPA")

14. Plaintiff re-alleges Paragraphs 1-13 here.

15. At all times material, pursuant to section 559.55(2), Florida Statutes, Plaintiff was a "consumer," as Plaintiff was a natural person actually or allegedly obligated to pay a debt as per the

Kinney vs. Loancare  
Duval County Case No.  
Complaint

Page 2 of 4

Subject Loan and Monthly Mortgage Statements, and in response to Plaintiff's oral and written disputes.

16. The Subject Loan and Monthly Mortgage Statements on which Defendant is attempting to collect money is a "consumer debt" within the meaning of section 559.55(1), as they address an actual or alleged obligation of a consumer to pay money arising out of a transaction in which the money, property, insurance, or services which were the subject of the transaction were primarily for personal, family, or household purposes.

17. Defendant intentionally violated the FCCPA by attempting to enforce a debt that Defendant knew was not legitimate or asserting the existence of a legal right when Defendant knew the right did not exist when it requested un-owed and improper charges and fees in the Monthly Mortgage Statements. Section 559.72(9), Fla. Stat.

**Trial by Jury**: Plaintiff is entitled to and hereby respectfully demands a trial by jury on all issues so triable. U.S. Const. amend. 7; Fed. R. Civ. P. 38; Fla R. Civ. P. 1.430.

### PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays that:

a) judgment be entered against Defendant for an award of statutory damages of $1,000.00 pursuant to 15 U.S.C. § 1692k(a)(2)(A); an award of actual damages in the form of money collected by Defendant that was not owed; an award of litigation costs and reasonable attorney's fees pursuant to 15 U.S.C. § 1692k(a)(3); and all other relief to which Plaintiff is entitled; and

b) judgment be entered against Defendant for an award of statutory damages of $1,000.00 pursuant to Florida Statutes § 559.77(2) for each incident; for an award of actual damages in the form of money collected by Defendant that was not owed; an award of litigation costs and

Kinney vs. Loancare
Duval County Case No.
Complaint

Page 3 of 4

reasonable attorney's fees; injunctive and declaratory relief regarding the impropriety of the un-owed and improper attempt to collect $13, 096.90; and any and all other relief to which Plaintiff is entitled.

>Respectfully submitted,
>
>**PARKER & DUFRESNE, P.A.**
>
>_____/s/ Austin Brown_____
>
>Austin Brown, Esq.
>Florida Bar No. 96633
>Parker & DuFresne, P.A.
>8777 San Jose Blvd., Ste. 301
>Jacksonville, Florida 32217
>Telephone: (904) 733-7766
>Facsimile: (904) 733-2919
>abrown@jaxlawcenter.com
>**Trial Counsel for Plaintiff**

Kinney vs. Loancare
Duval County Case No.
Complaint

Page 4 of 4