IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| A. FAYE KINNEY, | § § § § | |
| Plaintiff, | § § | |
| v. | § § | CASE NO.  Case No. 3:14-cv-483-J-34JRK |
| LOANCARE, LLC, | § § § § | |
| Defendants. | § § | |

### DEFENDANT'S RESPONSE TO ORDER TO SHOW CAUSE

Defendant LoanCare, LLC ("LoanCare"), by and through undersigned counsel, hereby files its Response to the Court's Order to Show Cause and states as follows:

1. This Court issued an Order to Show Cause why this case should not be remanded to state court on April 29, 2014.

2. The Plaintiff filed an Amended Complaint in the state court action on April 27, 2014 and removed all references to federal law.

3. In light of the Amended Complaint, LoanCare does not oppose a remand of this case to state court.

Dated:  May 1, 2014.                              Respectfully submitted,

MORRIS, LAING, EVANS, BROCK
 & KENNEDY, Chartered

s/ Jeremy W. Harris
Jeremy W. Harris, Esq.
Florida Bar No. 0041131
505 S. Flagler Drive, Suite 400
West Palm Beach, FL  33401
Telephone: (561) 795-6996

1

           Facsimile: (561) 584-6459
           Email Designated for Service:
             Fl-litigation@morrislaing.com
          *Attorneys for Defendant LoanCare, LLC*

### **CERTIFICATE OF SERVICE**

  I HEREBY CERTIFY that the foregoing Defendant's Response to Order to Show Cause was presented to the Clerk of Court for filing and uploading to the CM/ECF system on the 1st day of May, 2014, which will electronically send to the person(s) who are electronically registered. I further certify that I emailed a true and correct copy of the foregoing to the persons as follows:

Austin Brown, Esq.
Parker & Dufresne, P.A.
8777 San Jose Blvd., Suite 301
Jacksonville, FL 32217
Email:  service@jaxlawcenter.com

           s/ Jeremy W. Harris
           Jeremy W. Harris, Esq.